IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARK A. ASCENCIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4649

Opinion filed March 12, 2015.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Mark A. Ascencio, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Kristen Bonjour, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.